**DISMISS; and Opinion September 25, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00422-CR

### THE STATE OF TEXAS, Appellant

### V.

### ALBERT G. HILL III, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-00181-Q**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis

Appellant, the State of Texas, has filed a motion to dismiss the appeal. The motion is signed by the attorney representing the State. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance.[1] See Tex. R. App. P. 42.2(a).

PER CURIAM

Do Not Publish
Tex. R. App. P. 47

130422F.U05

---

[1] The appeals in cause nos. 05-13-00421-CR, 05-013-00423-CR, 05-13-00424-CR, and 05-13-00425-CR, all styled *The State of Texas v. Albert G. Hill, III*, remain pending before the Court.